IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Orlando Carter, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:15cv14 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Standard Guaranty Insurance Co., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on May 21, 2015 a Report and Recommendation (Doc. 23).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 25) and the defendants filed a reply to the objections (Doc. 29).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, it is ORDERED that defendants' motions to dismiss (Docs. 9 and 17) are GRANTED and that plaintiff's case is DISMISSED without prejudice for lack of subject matter jurisdiction.  The Court further ORDERS that plaintiff's motion for leave to amend the complaint (Doc. 7) is DENIED as moot.

This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

                                                          ___s/Susan J. Dlott_____
                                                          Judge Susan J. Dlott
                                                          United States District Court